UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAINTERS & ALLIED TRADES
DISTRICT COUNCIL NO. 35 HEALTH,
AND WELFARE, PENSION AND
ANNUITY FUNDS
         Plaintiff,

v.

FIRST KOSTAS CORP.
         Defendant

C.A. No. 1:04-cv-10087-DPW

## NOTICE OF DISMISSAL PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 41

Now comes the Plaintiff, Painters and Allied Trades District Council No. 35 Health and Welfare, Pension and Annuity Funds, to notify this Court that it wishes to dismiss the above-captioned action without prejudice and with each party to bear its own costs pursuant to F.R.C.P. 41(a)(1)(i), as the Defendant has neither filed an answer nor a motion for summary judgment.

Dated: August 10, 2004

Respectfully submitted,
Michael A. Feinberg, BBO #161400
Jonathan M. Conti BBO # 657163
FEINBERG, CAMPBELL & ZACK, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

Attorneys for Plaintiff